**5**

Max ROCKMORE, as Trustee in Bankruptcy of Jacob Gross, Appellee, v. AMERICAN HATTERS & FURRIERS COMPANY, Inc., Appellant.

Circuit Court of Appeals, Second Circuit.
November 14, 1927.

No. 48.

Appeal from the District Court of the United States for the Southern District of New York.

See, also (C. C. A.) 15 F.(2d) 272.

C. Edward Benoit, of New York City (Maxwell Slade and David H. Slade, both of New York City, of counsel), for appellant.

David Haar, of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed.